1  SEYFARTH SHAW LLP
   Mark P. Grajski (State Bar No. 178050)
2  Lindsay S. Fitch (State Bar No. 238227)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT

11 | JOSE ISMAEL RIVERA              )  Case No. C 08-02202 JL
                                     )
12 |        Plaintiff,                )  **CERTIFICATE OF SERVICE**
                                     )
13 |    vs.                           )
                                     )
14 | COSTCO WHOLESALE CORPORATION    )
                                     )
15 |        Defendant.                )
                                     )
16

1

CERTIFICATE OF SERVICE/ Case No. C 08-2202 JL

SC1 17092955.1

1

# PROOF OF SERVICE

2  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350,
3  Sacramento, California 95814-4428. On April 29, 2008, I served the within document:

4  **ECF REGISTRATION INFORMATION HANDOUT**

5  **NOTICE OF ASSIGNMENT OF CAE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

6

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
7  (blank form)**

8  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

9

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO (Handout)**

10

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
11  DEADLINES**

12  **STANDING ORDER FOR JUDGE JAMES LARSON**

13  **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

14

15  ☐ I sent such document from facsimile machine (916) 558-4839 on _____,
2007. I certify that said transmission was completed and that all pages were received
16  and that a report was generated by facsimile machine (916) 558-4839 which confirms
said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies)
17  in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed
to the parties listed below.

18

19  ☒ by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at 400 Capitol Mall, Suite 2350, Sacramento,
20  California 95814, addressed as set forth below.

21  ☐ by personally delivering the document(s) listed above to the person(s) at the
address(es) set forth below.

22

23  ☐ by placing the document(s) listed above, together with an unsigned copy of this
declaration, in a sealed Federal Express envelope with postage paid on account and
deposited with Federal Express at , California, addressed as set forth below.

24

25  ☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses
set forth below.

26
Alicia Olivares
27  Raven Ward Sarnoff
The Feldman Law Firm
28  10100 Santa Monica Blvd., Ste 2490
Los Angeles, CA 90067
Facsimile: (310) 552-7814

SC1 17092917.1                                              PROOF OF SERVICE

1    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    Executed on April 29, 2008, at Sacramento, California.

                                    _____
                                            Jean Moore

SCI 17092917.1