SEYFARTH SHAW LLP
Mark P. Grajski (State Bar No. 178050)
Lindsay S. Fitch (State Bar No. 238227)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| JOSE ISMAEL RIVERA<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. C 08-02202 JL<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to the Federal Rules of Civil Procedure, Rule 7.1, and Local Rule 3-16, defendant Costco Wholesale Corporation states as follows: Costco Wholesale Corporation ("Costco") is a Washington corporation, publicly traded as "COST" on the NASDAQ. Costco has no parent corporation, and no publicly-held corporation owns 10% or more of its stock. No interest is known other than that of the named parties to the action.

DATED: April 29, 2008                    SEYFARTH SHAW LLP

By /s/ Mark P. Grajski
Lindsay S. Fitch
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

1
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS/ Case No. C 08-2202 JL

SC1 17092955.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On April 29, 2008, I served the within document:

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

☐ I sent such document from facsimile machine (916) 558-4839 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (916) 558-4839 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Suite 2350, Sacramento, California 95814, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at , California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Alicia Olivares
Raven Ward Sarnoff
The Feldman Law Firm
10100 Santa Monica Blvd., Ste 2490
Los Angeles, CA 90067
Facsimile: (310) 552-7814

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on April 29, 2008, at Sacramento, California.

*Jean Moore*
Jean Moore

SC1 17092917.1                    PROOF OF SERVICE