SEYFARTH SHAW LLP
Mark P. Grajski (State Bar No. 178050)
Lindsay S. Fitch (State Bar No. 238227)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| JOSE ISMAEL RIVERA<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. C 08-02202 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 1, 2008                             SEYFARTH SHAW LLP


                                               By /s/ Mark P. Grajski
                                                  Mark P. Grajski
                                                  Lindsay S. Fitch
                                               Attorneys for Defendant
                                               COSTCO WHOLESALE CORPORATION

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE/REQUEST FOR REASSIGNMENT
SC1 17093003.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On May 1, 2008, I served the within document:

**DECLINATION TO PROCEED BEFORE A MIGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ I sent such document from facsimile machine (916) 558-4839 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (916) 558-4839 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Suite 2350, Sacramento, California 95814, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at , California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Alicia Olivares
Raven Ward Sarnoff
The Feldman Law Firm
10100 Santa Monica Blvd., Ste 2490
Los Angeles, CA  90067
Facsimile:  (310) 552-7814

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on May 1, 2008, at Sacramento, California.

_____
Shelley D. Gordon

SC1 17092917.1                    PROOF OF SERVICE