UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ISMAEL RIVERA,

    Plaintiff,

v.

COSTCO WHOLESALE CORP,

    Defendants.
_____/

Case No. C 08-2202  JL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court hereby recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: May 1, 2008

_____
JAMES LARSON
Chief Magistrate Judge