SEYFARTH SHAW LLP
Mark P. Grajski (State Bar No. 178050)
Lindsay S. Fitch (State Bar No. 238227)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| JOSE ISMAEL RIVERA<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. C 08-02202 CW<br><br>**DECLARATION OF MIKE RIEKE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

I, Mike Rieke, declare as follows:

1. I am the Warehouse Manager of the Costco Wholesale Warehouse number 144, located in San Francisco California. This declaration is based on my own personal knowledge, and if called upon to do so, I could and would competently testify to the matters set forth herein.

2. Plaintiff was a stocker at the Costco Wholesale Warehouse located in San Francisco California beginning March 2003.

//
//
//
//

1

DECLARATION OF M. RIEKE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

SC1 17094334.1

1      3.    On or around December 2, 2006, plaintiff was terminated. At the time of his termination plaintiff was making $17.50 per hour and was regularly working 40 or more hours per week.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17 day of June, 2007, at San Francisco, California.

*[signature]*

Mike Rieke

---

2

DECLARATION OF M. RIEKE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

SC1 17094334.1