ALICIA OLIVARES (SBN 181412)
**THE FELDMAN LAW FIRM**
**A Professional Law Corporation**
10100 Santa Monica Blvd., Suite 2490
Los Angeles, California 90067
Phone: (310) 552-7812
Fax: (310) 552-7814

Attorneys for Plaintiff,
JOSE ISMAEL RIVERA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISMAEL RIVERA, an individual, | CASE NO. C 08-02202 CW |
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER FOR PLAINTIFF, JOSE ISMAEL RIVERA, TO APPEAR TELEPHONICALLY AT THE HEARING OF PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND FOR ATTORNEY'S FEES PURSUANT TO 28 U.S.C. §1447(c)** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | DATE:   July 10, 2008<br>TIME:   2:00 p.m.<br>PLACE: Courtroom 2 |

**TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff, Jose Ismael Rivera, respectfully requests that this Court grant permission to Alicia Olivares of the Los Angeles office of *The Feldman Law Firm*, Mr. Rivera's counsel, to appear by telephone for the hearing of Plaintiff's Motion to Remand Action to State Court and for Attorney's Fees, scheduled for July 10, 2008 at 2:00 p.m. The Feldman Law Firm is located at 10100 Santa Monica Blvd., Suite 2490 in Los Angeles, California, 90067 - (310) 552-7812.

Dated: June 30, 2008

THE FELDMAN LAW FIRM
A Professional Law Corporation

By: _____
Alicia Olivares
Attorney for Plaintiff,
JOSE ISMAEL RIVERA

### ~~[PROPOSED]~~ ORDER

Plaintiff Jose Ismael Rivera's request for his counsel to appear by telephone for the hearing on Plaintiff's Motion to Remand Action To State Court and Attorney's Fees, scheduled for July 10, 2008 at 2:00 p.m., is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: 7/3, 2008

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE