IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RIVERA,

    Plaintiff,

  v.

COSTCO WHOLESALE CORPORATION,

    Defendant.
                                   /

No. C 08-02202 CW

CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motion to Remand Action to State Court and for Attorney's Fees Pursuant to 28 U.S.C. 1447(c) in the Amount of $4,000 under submission on the papers. The hearing previously scheduled for July 10, 2008, is vacated.

Dated: 7/7/08

_Sheilah Cahill_
SHEILAH CAHILL
Deputy Clerk