# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Rivera,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Costco Wholesale Corporation,<br><br>　　　　　　　Defendant(s). | 08-02202 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: July 31, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-02202 CW                               -2-

PROOF OF SERVICE

Case Name:      Rivera v. Costco Wholesale Corporation

Case Number:    08-02202 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 31, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Raven Marie Ward
> The Feldman Law Firm
> 10100 Santa Monica Boulevard
> Suite 2490
> Los Angeles, CA 90067
>
> Alicia Olivares
> 10100 Santa Monica Blvd., Suite 2490
> Century City, CA 90067
> aolivares@leefeldmanlaw.com
>
> Mark P. Grajski
> Seyfarth Shaw
> 400 Capitol Mall, Suite 2350
> Sacramento, CA 95814
> mgrajski@seyfarth.com
>
> Lindsay Stevens Fitch
> Seyfarth Shaw LLP
> 400 Capitol Mall, Ste. 2350
> Sacramento, CA 95814

    lfitch@seyfarth.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2008 in San Francisco, California.

                                            RICHARD W. WIEKING
                                            Clerk
                                            by:    Lisa M. Salvetti

                                            _____
                                            ADR Administrative Assistant
                                            415-522-2032
                                            lisa_salvetti@cand.uscourts.gov