SEYFARTH SHAW LLP
Mark P. Grajski (State Bar No. 178050)
Jason T. Cooksey (State Bar No. 208748)
Lindsay S. Fitch (State Bar No. 238227)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| JOSE ISMAEL RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. C 08-02202 CW<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Attorney Jason T. Cooksey of the law firm of Seyfarth Shaw LLP (400 Capitol Mall, Suite 2350, Sacramento, CA 95814, phone: (916) 448-0159, fax: (916) 558-4839) hereby appears as counsel for Defendant Costco Wholesale Corporation in the above-captioned district court action. Service of all pleadings, papers, and documents required to be served in this action should also be served on Jason T. Cooksey (jcooksey@seyfarth.com), in addition to those attorneys already on record with the Court.

DATED: August 6, 2008

SEYFARTH SHAW LLP

By_____
Mark P. Grajski
Jason T. Cooksey
Lindsay S. Fitch
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

1

NOTICE OF APPEARANCE

SC1 17095834.1