UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE ISMAEL RIVERA

        Plaintiff(s),

Case No. 4:08-cv-02202 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

COSTCO WHOLESALE
CORPORATION
        Defendant(s).

_____/

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug. 6, 2008

Dated: August 12, 2008

[signature]
KEITH MIYAHARA
[Party] Kathleen O'Hanlon
for COSTCO WHOLESALE CORPORATION

[signature]
[Counsel] Lindsay S. Fitch
Attorney for Defendant
COSTCO WHOLESALE CORPORATION