1  SEYFARTH SHAW LLP
   Mark P. Grajski (State Bar No. 178050)
2  Jason T. Cooksey (State Bar No. 208748)
   Lindsay S. Fitch (State Bar No. 238227)
3  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
4  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
5
   Attorneys for Defendant
6  COSTCO WHOLESALE CORPORATION

7  THE FELDMAN LAW FIRM
   Alicia Olivares (SBN 181412)
8  10100 Santa Monica Blvd., Ste 2490
   Los Angeles, California 90067
9  Telephone:  (310) 552-7812
   Facsimile:  (310) 552-7814
10
   Attorneys for Plaintiff
11 JOSE ISMAEL RIVERA

12                    UNITED STATES DISTRICT COURT

13                    FOR THE NORTHERN DISTRICT

14 JOSE ISMAEL RIVERA                  )  Case No. C 08-02202 CW
                                       )
15         Plaintiff,                  )  Assigned to the Honorable Claudia Wilken,
                                       )  United States District Judge – Courtroom 2
16    vs.                              )
                                       )  **STIPULATION AND ORDER TO**
17 COSTCO WHOLESALE CORPORATION        )  **EXTEND THE DISCOVERY CUT-OFF**
                                       )  **FOR THE DEPOSITION OF DR.**
18         Defendant.                  )  **BOUKJE EERKENS**
                                       )

---

1

STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR THE DEPOSITION OF DR. BOUKJE EERKENS /
ORDER Case No. C 08-2202 CW

SC1 17100247.1

1   Defendant Costco Wholesale Corporation and Plaintiff Jose Rivera through their
2 respective counsel hereby stipulate to extend the discovery cut off date for the sole purpose of
3 continuing Dr. Boukje Eerkens' deposition scheduled for January 6, 2009 to a mutually
4 convenient date due to Dr. Boukje Eerkens' conflict.

6 DATED: January 9, 2009        SEYFARTH SHAW LLP

8                     By_____
9                        Mark P. Grajski
                       Jason T. Cooksey
                       Lindsay S. Fitch
10                     Attorneys for Defendant
                    COSTCO WHOLESALE CORPORATION

12 DATED: January 9, 2009        THE FELDMAN LAW FIRM

14                     By_____
                       Alicia Olivares
15                     Attorneys for Plaintiff
                    JOSE ISMAEL RIVERA

**ORDER**

IT IS SO ORDERED:

Dated: 1/9/09

_____
CLAUDIA WILKEN
United States District Judge