1  SEYFARTH SHAW LLP
   Mark P. Grajski (State Bar No. 178050)
2  Jason T. Cooksey (State Bar No. 208748)
   Lindsay S. Fitch (State Bar No. 238227)
3  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
4  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
5
   Attorneys for Defendant
6  COSTCO WHOLESALE CORPORATION

7
   THE FELDMAN LAW FIRM
8  Alicia Olivares (State Bar No. 181412)
   10100 Santa Monica Blvd., Suite 2490
9  Los Angeles, California 90067
   Telephone:  (310) 552-7812
10 Facsimile:  (310) 552-7814

11 Attorneys for Plaintiff
   JOSE ISMAEL RIVERA
12

13                    UNITED STATES DISTRICT COURT

14                    FOR THE NORTHERN DISTRICT

15 JOSE ISMAEL RIVERA           )   Case No. C 08-02202 CW
                                )
16         Plaintiff,           )   **STIPULATION FOR DISMISSAL**
                                )   **WITH PREJUDICE; ORDER**
17     vs.                      )
                                )   **(FED. R. CIV. P., Rule 41(a))**
18 COSTCO WHOLESALE CORPORATION )
                                )
19         Defendant.           )
                                )
20                              )
                                )
21                              )
                                )
22

23     Plaintiff JOSE ISMAEL RIVERA and defendant COSTCO WHOLESALE

24 CORPORATION, by and through their respective counsel, hereby stipulate that the above-

25 captioned action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

26

27

28

SC1 17100880.1                        1
                    Stipulation For Dismissal With Prejudice

| | |
|---|---|
| 1    DATED:  January ___, 2009 | SEYFARTH SHAW LLP |

By _____
          Mark P. Grajski
          Jason T. Cooksey
          Lindsay S. Fitch
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

DATED: January ___, 2009

By _____
          Alicia Olivares
Attorneys for Plaintiff
JOSE ISMAEL RIVERA

**IT IS SO ORDERED.**

2/3/09

_____
UNITED STATES DISTRICT COURT JUDGE

SC1 17100880.1

2
Stipulation For Dismissal With Prejudice